## De Lancey *against* Ganong.

### *Lease; forfeiture of term.*

THE denial, orally, by a tenant for life or years of his landlord's title, and the assertion that he owns the lands in fee and owes no one rent for them, does not work a forfeiture of the term, or authorize the landlord to maintain ejectment for the lands demised.

*Mere words* can never work a forfeiture of an estate for life or years.

Default in the payment of the rent, where there is a covenant for its payment, and no condition in the lease providing for a re-entry in case of such default, does not work a forfeiture of the term.

The words "yielding and rendering" in a lease, import a covenant, but not a condition, unless the landlord would otherwise be without remedy in case the rent should not be paid.

(S. C., 12 Barb. 120 ; 9 N. Y. 9.)